UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**12 CV 6368**

Mitch Thomas
AKA
Thomas Mitchell

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

City of New York N.Y.P.D
Commissioner Raymond Kelly
Officers Hassel Frederic
Shield # 6538   Tax # 922484

Officer Alain Rizko
Shield # 25940   Tax # 929049

LT Carretta Peter
Shield # NA   Tax # 917387

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes   ☐ No
*(check one)*

RECEIVED
AUG 20 2012
PRO SE OFFICE

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name   Mitch Thomas   AKA Thomas Mitchell
ID #   ~~875-12-00422~~   11A2189
Current Institution   Otis Bantum Correctional Center (OBCC)
Address   1600 Hazen Street / 181 Brand RD
East Elmhurst, N.Y. 11370 / Malone, N.Y. 12953

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name   Alain Rizko   Shield # 25940
Where Currently Employed   N.Y.C N.Y.P.D   71 precinct
Address   421 Empire Boulevard
Brooklyn, N.Y. 11213 or 11233

Rev. 05/2010                                   1

Defendant No. 2    Name Hassel Frederic ___ Shield # 6538
                   Where Currently Employed N.Y.C  N.Y.P.D  71 precinct
                   Address 421 Empire Boulevard
                   Brooklyn, N.Y. 11213 or 11233

Defendant No. 3    Name Commissioner Raymond Kelly ___ Shield # NA
                   Where Currently Employed N.Y.C  N.Y.P.D
                   Address 1 Police Plaza
                   New York, N.Y. 10038

Defendant No. 4    Name LT. Carretta Peter ___ Shield # NA
                   Where Currently Employed N.Y.C  NYPD  71 precinct
                   Address 421 Empire Boulevard
                   Brooklyn, N.Y. 11213 or 11233

Defendant No. 5    Name ___ Shield # ___
                   Where Currently Employed ___
                   Address ___

II.  **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  In what institution did the events giving rise to your claim(s) occur?
    1 Brookdale Hospital

B.  Where in the institution did the events giving rise to your claim(s) occur?
    On the 5th floor in hallway of hospital

C.  What date and approximate time did the events giving rise to your claim(s) occur?
    On May 28, 2009 at 12:20 pm
    and rearrested August 10, 2010 at 8:00pm

**What happened to you?**

D.  Facts: I was arrested in brookdale Hospital on May 28, 09 along with 4 others in the hallway of the 5th floor where I went to visit someone that had been shot up. Two plain clothes officers recovered a gun on a unknown male person but locked 5 people up falsely. I was one of the people.

**Who did what?**

Officer Rizko is the one who falsely arrested and strip searched me in the precinct when I was never in possession of anything.

**Was anyone else involved?**

Just the other people who was falsely arrested with me.

**Who else saw what happened?**

Hospital Staff other Civilians who came to visit sick or injured family or friends.

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. None, just depression Medication pain + suffering, mental Anguish

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ___   No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓    No ____    Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____    No ✓    Do Not Know ____

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____    No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____    No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

1. Which claim(s) in this complaint did you grieve? ____N/A____

2. What was the result, if any? ____N/A____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____
_____
_____
_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: The grievance committee do not handle these outside matters and this is out of there jurisdiction. I made a complaint to CCRB already no one got back to me.

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: _CCRB by mail I have not yet received a response from them._

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _I will like to be awarded the sum of $75,000 for false arrest, Emotional distress, pain + suffering, Mental Anguish, harassment and Humiliation. I did nothing wrong I have been fighting this case since 8-10-10 after being rearrested and charged with something I never possessed. The case has been dismissed April 4, 2012 after all this time of suffering._

VI. **Previous lawsuits:**

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?
Yes ___ No ✓

*Rev. 05/2010*                                      5

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1. Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____
   _____
   3. Docket or Index number _____
   4. Name of Judge assigned to your case _____
   5. Approximate date of filing lawsuit _____
   6. Is the case still pending? Yes _____ No _____
      If NO, give the approximate date of disposition _____
   7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
   _____
   _____

On other claims

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
   Yes _____ No _____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1. Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____
   _____
   3. Docket or Index number _____
   4. Name of Judge assigned to your case _____
   5. Approximate date of filing lawsuit _____
   6. Is the case still pending? Yes _____ No _____
      If NO, give the approximate date of disposition _____
   7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
   _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 16th day of August, 2012.

Signature of Plaintiff: *Mitch Thomas AKA Thomas Mitchell*

Inmate Number: 875-12-00422 / 11A2189

Institution Address: 1600 Hazen St
East Elmhurst, N.Y. 11370

New Address → Caller Box 20, 181 Brand RD
BareHill Corr Fac. Malone, N.Y. 12953

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 16th day of August, 2012 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: *Mitch Thomas AKA Thomas Mitchell*

**BARE HILL CORRECTIONAL FACILITY**
CALLER BOX 20, 181 BRAND ROAD
MALONE, NEW YORK 12953

NAME: Thomas Mitchell    DIN: 11A2189

BARE HILL
CORRECTIONAL FACILITY

049J82023614
$00.65⁰
08/17/2012
Mailed From 12953
US POSTAGE

United States
District Court
Southern District of New York
500 Pearl Street, Room 230
New York, N.Y. 10007

USM P3
SDNY
2012 AUG 20 P 4:25
RECEIVED
PRO SE OFFICE

1000731330

Legal Mail

Legal Mail